# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  14-cr-00118-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ABRAHAM CANO-MORALES,

    Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on July 9, 2014,

**IT IS ORDERED** that Defendant Abraham Cano-Morales is sentenced to **time served**.

Dated:  July 9, 2014

BY THE COURT:

s/ Robert E. Blackburn
ROBERT E. BLACKBURN,
UNITED STATES DISTRICT JUDGE